# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CARMEN HUERTA AMEZCUA and MARIA SMITH BARRAGAN on behalf of themselves and a class of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EAST WEST BANCORP, a Delaware Corporation, LAI CHI CHU aka QUEENIE CHU, an individual, and DOES 1-100,<br><br>Defendants. | CV09-5168-CAS(RCx)<br><br>**ORDER PURSUANT TO STIPULATION FOR PROTECTIVE ORDER REGARDING PRODUCTION OF CONFIDENTIAL INFORMATION FROM RECEIVER"S FILES FOR PURPOSES OF PLAINTIFFS' MOTION TO REMAND** |

**<u>ORDER</u>**

The parties to the above-captioned litigation and Robb Evans & Associates LLC, Permanent Receiver over AOB Commerce, Inc., AOB Asia Fund I, LLC, AOB Management, Inc., AOB Media, Inc., AOB Transportation, Inc., and AOB Vacations, Inc. having entered into the Stipulation for Protective Order Regarding Production of Confidential Information From Receiver's Files for Purposes of Plaintiff's Motion to Remand (the "Stipulation"), having filed the Stipulation with the Court, and good cause being shown therefore it is:

1  ORDERED that the Stipulation shall be and hereby is approved in its entirety and made the order

2  of this Court.

3

4  Dated:_September 22, 20009

*[signature: Christina A. Snyder]*

The Honorable Christina A. Snyder
United States District Judge